UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:20-cv-00141-KDB
(5:19-cr-00033-KDB-DCK-1)

| | |
|---|---|
| **ANTONIO CARNELL WHITE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court on Petitioner's "Motion to reconsider petitioners 2255 motion then Amend argument that was granted as argument for the baseless 2255." [Doc. 12]

On April 17, 2019, Petitioner Antonio Carnell White ("Petitioner") was charged in a Bill of Indictment with one count of being a felon-in-possession of a firearm in violation of 18 U.S.C. § 922(g)(1) (Count One); one count of possession with intent to distribute cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Count Two); and one count of possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count Three). [CR Doc. 1: Bill of Indictment]. Petitioner pleaded guilty to Count One and the Government dismissed Counts Two and Three. [See CR Doc. 13: Acceptance and Entry of Guilty Plea]. Petitioner was sentenced to a term of imprisonment of 120 months on Count One. [CR Doc. 21 at 2: Judgment]. Petitioner did not directly appeal his conviction or sentence. Petitioner timely filed a motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255, which the Court denied and dismissed on the merits for the reasons stated in its Order. [CV Docs. 1, 10].

Petitioner now asks the Court to reverse its Order denying his Section 2255 motion to

vacate. Petitioner, however, presents no grounds or argument in support of his motion to reconsider. Because Petitioner states no grounds for this requested relief, and because the Court sees none, the Court will deny Petitioner's motion to reconsider.

**IT IS THEREFORE ORDERED** that Petitioner's motion [Doc. 12] is **DENIED**.

Signed: July 19, 2021

Kenneth D. Bell
United States District Judge