UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:20-cv-00141-KDB
(5:19-cr-00033-KDB-DCK-1)

| | |
|---|---|
| **ANTONIO CARNELL WHITE,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on H. Jefferson Powell's Application for Admission *Pro Hac Vice* of Sarah Marie Powell. [Doc. 17]. It appearing that Sarah Marie Powell is a member in good standing with the North Carolina State Bar and will be appearing with H. Jefferson Powell, a member in good standing with the Bar of this Court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the Court grants the motion. See LCvR 83.1(c)(2).

## ORDER

**IT IS, THEREFORE, ORDERED** that the Motion for Admission *Pro Hac Vice* [Doc. 17] is **GRANTED**.

**IT IS FURTHER ORDERED** that Sarah Marie Powell is **ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with H. Jefferson Powell.

Signed: July 7, 2022

*/s/ Kenneth D. Bell*
Kenneth D. Bell
United States District Judge